

EXHIBIT A

**WORK**     ALL SHALL PERISH - THIS IS WHERE IT ENDS

| # | IP | Date/Time (UTC) | Provider | City | Hash |
|---|---|---|---|---|---|
| 1 | 68.56.10.228 | 18:29:14 03/16/2012<br>06:38:14 03/31/2012 | Comcast Cable Communications, Inc. | Sebring | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 2 | 68.56.159.232 | 03:17:41 04/10/2012 | Comcast Cable Communications, Inc. | Lake Wales | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 3 | 68.59.146.147 | 05:33:01 04/02/2012 | Comcast Cable Communications, Inc. | Orlando | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 4 | 69.138.112.252 | 04:55:41 04/08/2012 | Comcast Cable Communications, Inc | North Fort Myers | b6a17177bd3f5b67a1b7487d1bc3ffaf9684aeef |
| 5 | 69.244.223.207 | 04:30:56 03/27/2012<br>05:06:37 03/27/2012 | Comcast Cable Communications, Inc | Crawfordville | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 6 | 69.246.171.35 | 14:41:21 03/26/2012<br>17:14:49 03/27/2012 | Comcast Cable Communications, Inc | Panama City | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 7 | 70.119.137.149 | 04:33:55 04/10/2012 | Road Runner HoldCo LLC | Kissimmee | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 8 | 70.119.222.252 | 02:02:23 03/28/2012 | Road Runner HoldCo LLC | Orlando | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 9 | 70.126.246.117 | 08:43:01 04/04/2012 | Road Runner HoldCo LLC | Tampa | 47395ef7eeafe2443348121486b546608b9a5d547 |
| 10 | 70.127.50.175 | 13:03:42 04/06/2012 | Road Runner HoldCo LLC | Palmetto | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 11 | 70.127.78.174 | 22:03:39 04/09/2012 | Road Runner HoldCo LLC | Palmetto | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 12 | 70.168.184.200 | 16:38:43 03/23/2012<br>19:52:21 04/04/2012 | Cox Communications | Gainesville | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 13 | 70.191.234.88 | 04:03:11 03/31/2012 | Cox Communications | Crestview | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 14 | 70.46.2.117 | 21:05:13 03/14/2012 | Windstream Nuvox, Inc. | Saint Augustine | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 15 | 70.46.71.46 | 01:47:49 03/18/2012 | Windstream Nuvox, Inc. | Boynton Beach | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 16 | 71.122.130.162 | 05:11:56 04/06/2012 | Verizon Online LLC | Seminole | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 17 | 71.180.12.87 | 05:26:11 03/18/2012 | Verizon Online LLC | Tampa | 85541d243db90d81f1bc4a0dfc44acb92b0809b3 |
| 18 | 71.180.241.6 | 10:55:05 03/15/2012 | Verizon Online LLC | Tampa | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 19 | 71.199.251.7 | 10:39:29 03/18/2012<br>12:11:08 03/18/2012 | Comcast Cable Communications, Inc. | Jacksonville | 47395ef7eeafe2443348121486b546608b9a5d547 |
| 20 | 71.199.95.62 | 01:24:57 03/27/2012 | Comcast Cable Communications, Inc. | Orange Park | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 21 | 71.206.94.240 | 16:06:31 03/14/2012 | Comcast Cable Communications, Inc. | West Palm Beach | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 22 | 71.229.96.62 | 00:31:37 03/20/2012<br>07:15:56 03/31/2012 | Comcast Cable Communications, Inc. | Boca Raton | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 23 | 71.3.110.6 | 19:01:22 03/23/2012 | Embarq Corporation | North Fort Myers | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 24 | 71.3.123.7 | 12:09:38 03/14/2012 | Embarq Corporation | Naples | 68658c1876b89e24c6a84152b3c477f2a38b37ad |

| # | IP | Date/Time (UTC) | Provider | City | Hash |
|---|---|---|---|---|---|
| 25 | 71.55.28.244 | 04:32:16 03/29/2012 | Embarq Corporation | Winter Springs | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 26 | 71.99.141.77 | 23:13:56 04/06/2012 | Verizon Online LLC | Riverview | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 27 | 72.149.44.179 | 01:51:04 04/09/2012 | BellSouth.net Inc. | Fort Lauderdale | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 28 | 72.184.100.48 | 02:13:47 03/28/2012 | Road Runner HoldCo LLC | Plant City | b6a17177bd3f5b67a1b7487d1bc3ffaf9684aeef |
| 29 | 72.185.103.113 | 02:22:08 03/31/2012 | Road Runner HoldCo LLC | Riverview | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 30 | 72.185.127.135 | 00:40:12 04/10/2012 | Road Runner HoldCo LLC | Brandon | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 31 | 72.186.134.216 | 00:56:57 04/01/2012 | Road Runner HoldCo LLC | Riverview | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 32 | 72.186.135.152 | 14:37:37 03/30/2012 | Road Runner HoldCo LLC | Tampa | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 33 | 72.186.78.163 | 11:51:39 04/07/2012 | Road Runner HoldCo LLC | Hudson | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 34 | 72.188.96.3 | 20:04:30 03/29/2012 | Road Runner HoldCo LLC | Palm Coast | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 35 | 72.189.106.113 | 00:56:03 03/15/2012 | Road Runner HoldCo LLC | Orlando | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 36 | 72.91.71.195 | 19:35:13 04/06/2012 | Verizon Online LLC | Land O Lakes | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 37 | 74.162.89.25 | 05:21:22 03/26/2012 | BellSouth.net Inc. | Orlando | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 38 | 74.162.92.73 | 01:21:59 03/17/2012 | BellSouth.net Inc. | Melbourne | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 39 | 74.164.56.254 | 16:37:08 04/03/2012 | BellSouth.net Inc. | Miami | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 40 | 74.178.167.27 | 19:01:48 04/09/2012 | BellSouth.net Inc. | Pensacola | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 41 | 74.233.215.200 | 16:03:17 03/15/2012 | BellSouth.net Inc. | West Palm Beach | 47395ef7eeafe2443348121486b546608b9a5d547 |
| 42 | 74.235.215.59 | 15:30:10 03/23/2012 | BellSouth.net Inc. | Orlando | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 43 | 74.235.216.195 | 15:31:30 03/17/2012 | BellSouth.net Inc. | Orlando | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 44 | 76.101.125.104 | 19:25:07 03/27/2012 | Comcast Cable Communications, Inc. | Naples | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 45 | 76.101.149.191 | 16:23:32 03/21/2012 | Comcast Cable Communications, Inc. | Lehigh Acres | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 46 | 76.101.26.254 | 22:46:48 04/05/2012 | Comcast Cable Communications, Inc. | Naples | 47395ef7eeafe2443348121486b546608b9a5d547 |
| 47 | 76.106.189.128 | 21:14:18 03/31/2012 | Comcast Cable Communications, Inc. | Jacksonville | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 48 | 76.108.121.244 | 05:13:40 03/26/2012 | Comcast Cable Communications, Inc. | West Palm Beach | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 49 | 76.108.124.67 | 07:35:55 03/31/2012 | Comcast Cable Communications, Inc. | Loxahatchee | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 50 | 76.108.217.93 | 16:50:03 03/29/2012 | Comcast Cable Communications, Inc. | Palm Beach Gardens | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 51 | 76.110.223.47 | 21:54:24 04/05/2012 | Comcast Cable Communications, Inc. | Jupiter | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 52 | 76.110.40.9 | 04:33:03 03/16/2012 19:28:38 03/29/2012 | Comcast Cable Communications, Inc. | Port Saint Lucie | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 53 | 76.110.84.166 | 17:43:07 03/28/2012 | Comcast Cable Communications, Inc. | Palm Beach Gardens | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 54 | 76.18.245.99 | 00:08:06 03/15/2012 | Comcast Cable Communications, Inc. | Jacksonville | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 55 | 76.26.251.162 | 19:34:47 03/15/2012 | Comcast Cable Communications, Inc. | Mount Dora | 47395ef7eeafe2443348121486b546608b9a5d547 |
| 56 | 76.4.153.21 | 17:08:40 03/27/2012 | Embarq Corporation | Clermont | 68658c1876b89e24c6a84152b3c477f2a38b37ad |

| # | IP | Date/Time (UTC) | Provider | City | Hash |
|---|---|---|---|---|---|
| 57 | 96.252.136.16 | 21:30:56 03/14/2012 | Verizon Online LLC | Brandon | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 58 | 96.252.203.207 | 04:31:37 04/05/2012 | Verizon Online LLC | New Port Richey | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 59 | 96.254.16.149 | 00:05:32 03/17/2012 | Verizon Online LLC | Lakeland | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 60 | 96.254.185.67 | 18:33:51 04/05/2012 | Verizon Online LLC | Lakeland | b6a17177bd3f5b67a1b7487d1bc3ffaf9684aeef |
| 61 | 97.100.39.13 | 13:26:12 04/09/2012 | Road Runner HoldCo LLC | Apopka | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 62 | 97.101.103.114 | 18:59:02 03/28/2012 | Road Runner HoldCo LLC | Winter Park | b6a17177bd3f5b67a1b7487d1bc3ffaf9684aeef |
| 63 | 97.102.21.132 | 20:42:11 03/24/2012 | Road Runner HoldCo LLC | Palm Bay | b6a17177bd3f5b67a1b7487d1bc3ffaf9684aeef |
| 64 | 97.96.129.203 | 14:54:09 03/17/2012 00:44:23 03/27/2012 | Road Runner HoldCo LLC | Riverview | 47395ef7eeafe244348121486b546608b9a5d547 |
| 65 | 97.96.148.31 | 16:29:00 04/01/2012 | Road Runner HoldCo LLC | Tampa | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 66 | 97.96.150.134 | 16:35:04 04/02/2012 | Road Runner HoldCo LLC | Riverview | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 67 | 97.96.150.220 | 17:30:44 03/28/2012 | Road Runner HoldCo LLC | Riverview | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 68 | 97.96.151.11 | 02:21:56 03/23/2012 | Road Runner HoldCo LLC | Tampa | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 69 | 97.96.151.215 | 18:32:51 03/27/2012 | Road Runner HoldCo LLC | Tampa | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 70 | 97.96.37.146 | 03:39:45 03/24/2012 | Road Runner HoldCo LLC | Ellenton | b6a17177bd3f5b67a1b7487d1bc3ffaf9684aeef |
| 71 | 97.97.63.68 | 05:13:32 03/26/2012 00:10:43 03/27/2012 | Road Runner HoldCo LLC | Hudson | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 72 | 98.170.224.230 | 00:30:09 04/06/2012 | Cox Communications Inc. | Crestview | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 73 | 98.203.12.181 | 16:51:54 03/19/2012 23:36:37 03/26/2012 | Comcast Cable Communications, Inc. | Hialeah | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 74 | 98.211.243.101 | 01:22:47 03/19/2012 | Comcast Cable Communications, Inc. | Miami | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 75 | 98.230.78.200 | 07:01:15 03/31/2012 | Comcast Cable Communications, Inc. | Tallahassee | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 76 | 98.244.220.114 | 15:03:29 03/26/2012 00:38:02 03/27/2012 | Comcast Cable Communications, Inc. | North Port | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 77 | 98.254.62.74 | 19:55:00 03/24/2012 | Comcast Cable Communications, Inc. | Boca Raton | b6a17177bd3f5b67a1b7487d1bc3ffaf9684aeef |
| 78 | 99.38.91.202 | 14:58:51 03/24/2012 | AT&T Internet Services | Lake Worth | 68658c1876b89e24c6a84152b3c477f2a38b37ad |
| 79 | 99.94.164.228 | 04:37:58 04/04/2012 | AT&T Internet Services | Pompano Beach | b91dfc9a8dcf67d601eaef13c57d25f4d4df88cf |
| 80 | 99.98.140.114 | 02:25:08 04/02/2012 | AT&T Internet Services | Stuart | b6a17177bd3f5b67a1b7487d1bc3ffaf9684aeef |