IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: 2:12-cv-00225-UA-SPC

WORLD DIGITAL RIGHTS, INC.,

    *Plaintiff*,

v.

JOHN DOES 1-80,

    *Defendants*.

_____/

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, WORLD DIGITAL RIGHTS, by and through undersigned counsel, pursuant to Federal Rule of Procedure 41 (a)(1)(A)(i) files this Notice of Voluntary Dismissal and hereby dismisses the above style action against Defendants John Does 1-80.

    Respectfully submitted,

    **DORTA & ORTEGA, P.A.**

    _____
    /s/Omar Ortega, Esq.
    FL Bar No.: 0095117
    3860 SW 8 Street, PH
    Coral Gables, Florida 33134
    Tel:    (305) 461-5454
    Fax:   (305) 461-5226

    *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Omar Ortega
**OMAR ORTEGA**