UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**WORLD DIGITAL RIGHTS, INC.,**

    **Plaintiff,**

**V.**                           **Case No:  2:12-cv-225-FtM-99SPC**

**JOHN DOES 1-80,**

    **Defendants.**

_____/

**ORDER**

      This matter comes before the Court on John Doe (I.P. Address 71.122.130.162)'s Motion to Quash Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Doc. #23) filed on July 27, 2012.  Defendant John Doe with I.P. Address 71.122.130.162 moves to quash the subpoena issued upon his Internet Service Provider, Verizon.  The Court notes that Plaintiff dismissed this action against all John Doe Defendants without prejudice (Doc. #21) on July 12, 2012, and this matter was dismissed and the case closed by the Court on July 13, 2012 (Doc. #22).  Therefore, the subpoena issued to Verizon seeking identifying information for John Doe with I.P. Address 71.122.130.162 is no longer operative and the Motion to Quash is due to be denied as moot.

      Accordingly, it is now

      **ORDERED:**

      John Doe (I.P. Address 71.122.130.162)'s Motion to Quash Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Doc. #23) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of August, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record